UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOLANDA TYSON,<br><br>             Plaintiff,<br>v.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>             Defendant. | Case No. 2:11-cv-00199-MMD-RJJ<br><br>ORDER |

Before the Court is Defendant Mid-Century Insurance Company's application for a status check as to the disposition of its Motion for Summary Judgment (dkt. no. 21) pursuant to Local Rule 7-6(b). (Dkt. no. 27.)  The Motion for Summary Judgment was filed on June 13, 2012, and was ripe and fully submitted to the Court on August 3, 2012. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis.  The Court has several pending motions remaining from the period before March 31, 2012, and will be moving chronologically to motions filed through April 2012. The Motion for Summary Judgment does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 14th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE